# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

David Trumen Gipson,　　　　　　　　　　　　　Case No. 3:17CV2019

　　　　　Petitioner

　　v.　　　　　　　　　　　　　　　　　　　　**ORDER**

Tom Schweitzer, Warden,

　　　　　Respondent

　　　　This is state prisoner's habeas case under 28 U.S.C. § 2254.

　　　　Magistrate Judge Parker, to whom this case was referred under Local Rule 72.2(b), has prepared a Report and Recommendation recommending that I deny habeas relief. (Doc. 24). The petitioner, David Gipson, has not filed an objection, despite the Magistrate Judge's warning that a failure to file such objections within fourteen days after entry of the R&R "may waive the right to appeal the District Court's order." (*Id.*, PageID 858).

　　　　Nevertheless, I have conducted a *de novo* review of the R&R and find it well-taken in all respects.

　　　　It is, therefore,

　　　　ORDERED THAT:

1.　　　The Magistrate Judge's Report and Recommendation (Doc. 24) be, and the same hereby is, adopted as the order of the court.

2.　　　The petition for a writ of habeas corpus (Doc. 1) be, and the same hereby is, denied.

3. No certificate of appealability will issue.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge